UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:08-cr-00013-RLY-CMM-10 |
| Dimitrai Cabell | ) | USM No. 08694-028 |

Sara Varner

Date of Previous Judgment: 09/22/2008          Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motions of the defendant for a reduced sentence based on § 404 of the First Step of Act of 2018, and having considered such motions,

**IT IS ORDERED** that the motions are:

☐ DENIED ☒ GRANTED to the extent that the defendant's previously imposed sentence of imprisonment of **300 months in prison is reduced to 262 months** and the previously imposed term of supervised release of **10 years is reduced to 8 years**. The terms of supervised release remain the same as those stated in the Judgment docketed on September 22, 2008. Dkt. 264.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **300 months**          Amended Term of Imprisonment: **262 months**
Previous Supervised Release Term Imposed: **10 years**   Amended Supervised Release Term: **8 years**

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

  Except as provided above, all provisions of the judgment docketed on September 22, 2008, dkt. 264, shall remain in effect. Within **3 business days of the date of this Order, counsel for the United States is ordered** to do the following: (1) transmit this Order to the defendant's custodian; and (2) file a notice with the Court confirming that transmission of the AO247 has occurred.

**IT IS SO ORDERED**.

Order Date:   4/01/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Devon Young
Page 2
First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

Distribution:

All Electronically Registered Counsel

Dimitrai Cabell
Register Number: 08694-028
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL  62959